UNITED STATES OF AMERICA,
Plaintiff–Appellee,

v.

Susan SANG, aka Susan Cannon,
Patricia Muchiri, Susan Gidali,
Defendant–Appellant.

No. 01–30405.
D.C. No. CR–01–00062–R.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Susan Sang appeals her guilty-plea conviction and 6–month sentence for making false claims to the IRS and conspiracy to present false claims to the IRS, in violation of 18 U.S.C. §§ 287, 371.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sang has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Sang has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.